UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER SOLANO,

Plaintiff(s),

-against-

VELOCITY HOLDINGS LLC; VCT TECHNOLOGIES LLC; VELOCITY CLEARING, LLC; VELOCITY CAPITAL, LLC; DOMINICK MIGLIORATO; MICHAEL LOGAN; ROBERT CALICE; TIM CONNELLY; JOHN MEREDITH; and FRANK BRACERO,

Defendant(s).

25-CV-9217 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has received plaintiff's letter-motion detailing defendants' repeated failures to meet agreed-upon discovery deadlines. Dkt. 46. Defendants are ordered to file a response by October 22, 2026, addressing plaintiff's allegations and explaining why the Court should not grant plaintiff's requests to (1) compel production of all outstanding documents within seven days, and (2) order defendants to pay reasonable attorneys' fees associated with plaintiff's letter-motion.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge