UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER SOLANO,

Plaintiff,

-against-

VELOCITY HOLDINGS LLC, et al.,

Defendants.

25-CV-9217 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court chooses to credit defendants' claim that the delay in production has been caused by technical e-discovery issues and not neglect or willfulness. However, defendants should make all reasonable efforts to avoid further delay and communicate promptly with plaintiff's counsel regarding any issues.

Plaintiff's motion to compel discovery and for attorneys' fees, Dkt. 46, is therefore GRANTED in part and DENIED in part. Defendants are ORDERED to (1) complete their production on or before **November 19, 2026**, and (2) confirm in writing at the time of completion that they have conducted a search for all text messages, Teams messages, and other app-based messages and all responsive documents were produced. Plaintiff's request for attorneys' fees is denied.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 46.

SO ORDERED.

Dated: October 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge